UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUDIA JACKSON, Independent Administrator of the Estate of JOE ANN JACKSON, Deceased,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. 19 C 4016<br><br>Judge Ellis |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff Judia Jackson, Independent Administrator of the Estate of Joe Ann Jackson, Deceased, and defendant United States of America, through their respective counsel, that:

1. The United States is not a proper defendant in this case, because Dr. Nadira Ali-Khan is not a federal employee for the purposes of the allegations against her in the complaint; and

2. The above-captioned action is voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs.

Counsel for plaintiff:

/s/ Randall F. Peters
RANDALL F. PETERS
Randall F. Peters & Associates
177 N. State St., Ste. 300
Chicago, Illinois 60601
(312) 368-1245
rfpeters@live.com

Counsel for defendant:

JOHN R. LAUSCH, Jr.
United States Attorney

By: /s/ Sarah J. North
SARAH J. NORTH
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1413
sarah.north@usdoj.gov